**FILED**
**FEBRUARY 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON PRATHER,<br><br>      Plaintiff,<br><br>v.<br><br>SULZER MEDICA, LTD., SULZER LTD.,<br>SULZER MEDICA U.S.A., LTD. and<br>SULZER ORTHOPEDICS, INC.,<br><br>      Defendants. | CIVIL ACTION NO.<br><br>**08 C 765**<br><br>**JUDGE NORGLE**<br>**MAGISTRATE JUDGE COX** |

## NOTICE OF REMOVAL

Defendant Zimmer, Inc. ("Zimmer"),[1] pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, notifies the Court of the removal of the above-captioned action from the Circuit Court of Cook County, Illinois. In support of this Notice of Removal, Zimmer states:

1. On or about January 7, 2008, a civil action was filed in the Circuit Court of Cook County, Illinois, and captioned *Sharon Prather v. Sulzer Medica, Ltd., Sulzer, Ltd., Sulzer Medica U.S.A., LTD. and Sulzer Orthopedics, Inc.*, Case No. 2008L000143 (the "Action"). A Complaint and Summons were served on Zimmer on January 15, 2008. A copy of the Complaint and Summons are attached as Exhibit "A."

2. This Notice Of Removal is being filed within thirty days of Zimmer's receipt of the Complaint and the Summons and, therefore, is timely filed pursuant to 28 U.S.C. § 1446(b).

3. The Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), and the Action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

---

[1] Sulzer Orthopedics, Inc., was a subsidiary of Sulzer Medica, Ltd. On June 1, 2002, Sulzer Medica, Ltd., began operating under the brand name Centerpulse AG. In October 2003, Zimmer, Inc., acquired Centerpulse AG.

4. The plaintiff, Sharon Prather ("Plaintiff"), is now and was at the time commencement of the Action, a citizen of Illinois. *See* Stipulation, attached as Exhibit "B."

5. Zimmer is now, and was at the commencement of the Action, a Delaware corporation, with its principal place of business in Warsaw, Indiana.

6. Upon information and belief, Sulzer Ltd. is now, and was at the commencement of the Action, a Swiss corporation, with its principal place of business in Winterthur, Switzerland. Sulzer Ltd. has not been served as of the filing date of this Notice of Removal.

7. The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs. *See* Exhibit B.

8. Pursuant to 28 U.S.C. § 1332, this Court has original jurisdiction over this action by reason of diversity of citizenship and an amount in controversy that exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interests and costs.

9. Zimmer will provide notice of the removal of this action to Plaintiff and to the Circuit Court of Cook County, Illinois, by filing a "Removal Notice," together with a copy of this "Notice of Removal," in the Circuit Court of Cook County, Illinois, and by serving copies of the same on Plaintiff pursuant to 28 U.S.C. §1446(d).

10. There are no other defendants to this action who have been served with process and whose joinder is required in order to properly effectuate the removal of this action to this Court.

WHEREFORE, Zimmer respectfully requests that the above-captioned action now pending in the Cook County Circuit Court, State of Illinois, be removed to this Court.

---

Zimmer CEP USA Holding Co. (formerly known as Sulzer Medica USA Holding Co., and incorrectly identified as Sulzer Medica USA, Ltd., in the Complaint), is a wholly owned subsidiary of Zimmer, Inc.

BDDB01 5104601v1

Dated: February 4, 2008				Respectfully submitted,


				_____s/ Kendric M. Cobb_____
				Kendric M. Cobb (#6282673)
				Grant Y. Lee (#6290026)
				Reed Smith LLP
				10 South Wacker Drive, 40th Floor
				Chicago, IL  60606-7507
				Telephone: 312-207-1000
				Facsimile: 312-207-6400

				Attorneys for Defendant Zimmer, Inc.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of this Notice of Removal was served via United States first-class mail, postage prepaid, on February 4, 2008, upon:

>Thomas J. Popovich
>Law Offices of Thomas J. Popovich
>3416 West Elm Street
>McHenry, IL 60050

>_s/ Kendric M. Cobb_____
>Kendric M. Cobb

# Exhibit A

| 2120 - Served | 2121 - Served | DATE: 1-15-08 |
| 2220 - Not Served | 2221 - Not Served | TIME: 12:18 pm |
| 2320 - Served By Mail | 2321 - Served By Mail | INITIALS: BH |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 ( ) |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

(Name all parties)

SHARON PRATHER

v.

SULZER MEDICA, LTD., SULZER ORTHPEDICS, LTD.,
SULZER ORTHOPEDICS, INC., SULZER MEDICA USA,

2008L000143
CALENDAR/ROOM A
TIME 00:00
Product Liability

No. _____

PLEASE SERVE:
CT Corporation Systems
Sulzer Orthopedics, Inc.
1012 Main St. Suite 1150
Houston, TX 77002

**SUMMONS**

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 30037
Name: Law Offices of Thomas J. Popovich
Atty. for: Plaintiff
Address: 3416 W. Elm St.
City/State/Zip: McHenry, IL 60050
Telephone: 815/344-3797
Service by Facsimile Transmission will be accepted at: 815  344-5280
(Area Code) (Facsimile Telephone Number)

WITNESS, _____,

DOROTHY BROWN JAN 07 2008
Clerk of Court

Date of service: _____,
(To be inserted by officer on copy left with defendant or other person)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**COPY**

| STATE OF ILLINOIS | )     | Attorney ID 30037 |
|---|---|---|
|                   | ) SS  |  |
| COUNTY OF COOK    | )     |  |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

SHARON PRATHER,                               )
                                              )
           Plaintiff,                         )
                                              )
    vs.                                       )   No. _____
                                              )
SULZER MEDICA, LTD., SULZER LTD.,             )
SULZER MEDICA U.S.A., LTD. and                )
SULZER ORTHOPAEDICS, INC.                     )
                                              )
           Defendants.                        )

## COMPLAINT

Plaintiff, SHARON PRATHER, by and through her attorneys, LAW OFFICES OF THOMAS J. POPOVICH, P.C., complaining of the Defendants, SULZER MEDICA, LTD., SULZER MEDICA U.S.A., LTD., SULZER LTD., and SULZER ORTHOPAEDICS, INC., state as follows:

1. On or about May 7, 2003, Plaintiff Sharon Prather underwent surgery on her left lower extremity, wherein a knee replacement device manufactured by the Defendants was placed into her left lower extremities.

2. Subsequently, due to the deterioration of the implanted device, Plaintiff underwent a revision surgery on January 4, 2006, wherein the original implanted device had to be removed and replaced.

3. The original implant device was defective, causing its need for replacement, because of a manufacturing and/or design defect.

4.  As a result of the manufacturing and/or design defect, Plaintiff Sharon Prather had to undergo an additional surgery, has suffered pain, disability, incurred medical bills, and lost wages.

WHEREFORE, Plaintiff SHARON PRATHER prays this Honorable Court to enter judgment in her favor and against the Defendants in an amount in excess of $50,000, plus costs.

_____
THOMAS J. POPOVICH, Attorney for Plaintiff

Thomas J. Popovich
**LAW OFFICES OF THOMAS J. POPOVICH, P.C.**
3416 West Elm Street
McHenry, IL 60050
815-344-3797

S:\Main\PRATHER, SHARON\Documents\COMPLAINT 1-4-08.wpd

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

Attorney ID 30037

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

SHARON PRATHER, )
)
Plaintiff, )
)
vs. ) No. _____
)
SULZER MEDICA, LTD., SULZER LTD., and )
SULZER ORTHOPAEDICS, INC. )
)
Defendants. )

I, THOMAS J. POPOVICH, being first duly sworn on oath, depose and state as follows:

1. That I am one of the attorneys responsible for the prosecution of the above-entitled case.

2. That on behalf of Plaintiff, SHARON PRATHER, I am hereby requesting damages in an amount in excess of $50,000.00, plus costs of this action.

FURTHER, Affiant sayeth naught.

_____
THOMAS J. POPOVICH, Attorney for Plaintiff

SUBSCRIBED and SWORN to before me
this ____ day of _____, 2008.

_____
Notary Public

OFFICIAL SEAL
MARLA OPPER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/13/10

Thomas J. Popovich
LAW OFFICES OF THOMAS J. POPOVICH, P.C.
3416 West Elm Street
McHenry, IL 60050
815-344-3797

# Exhibit B

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) ) SS | Attorney ID 30037 |
| COUNTY OF COOK | ) | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| SHARON PRATHER, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 2008L000143 |
| SULZER MEDICA, LTD., SULZER LTD., SULZER MEDICA U.S.A., LTD., AND SULZER ORTHOPAEDICS, INC. | ) ) ) ) | |

## STIPULATION

The plaintiff, Sharon Prather ("Plaintiff"), stipulates as follows:

1. Plaintiff's claim for damages against the defendants in the above-captioned matter exceeds Seventy-Five Thousand Dollars ($75,000), exclusive of interests and costs.

2. Plaintiff is a citizen of the state of Illinois.

Respectfully submitted,

_____
Thomas J. Popovich
Law Offices of Thomas J. Popovich, P.C.
3416 West Elm Street
McHenry, IL 60050
815-344-3797

Attorney for the plaintiff, Sharon Prather

BDDB01 5103031v1