## CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED FEBRUARY 4, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**08 C 765**

**JUDGE NORGLE**
**MAGISTRATE JUDGE COX**

**(a) PLAINTIFFS**
Sharon Prather

**DEFENDANTS**
Sulzer Medica, Ltd., Sulzer Ltd., Sulzer Medica U.S.A., Ltd. and Sulzer Orthopedics, Inc.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Thomas J. Popovich
Law Offices of Thomas J. Popovich
3416 W. Elm St., McHenry, IL 60050

Attorneys (If Known)
Kendric M. Cobb, Maryann C. Woo
Reed Smith Sachnoff & Weaver
10 South Wacker Drive, 40th Floor, Chicago, IL 60606-7507

**II. BASIS OF JURISDICTION** — ☐ 1 U.S. Government Plaintiff; ☐ 2 U.S. Government Defendant; ☐ 3 Federal Question; ■ 4 Diversity

**III. CITIZENSHIP OF PRINCIPAL PARTIES** — Citizen of This State: PTF ■ 1 / DEF ☐ 1; Citizen of Another State: PTF ☐ 2 / DEF ☐ 2; Citizen or Subject of a Foreign Country: ☐ 3 / ☐ 3; Incorporated or Principal Place of Business In This State: ☐ 4 / ☐ 4; Incorporated and Principal Place of Business In Another State: ☐ 5 / ■ 5; Foreign Nation: ☐ 6 / ☐ 6

**IV. NATURE OF SUIT**: ■ 365 Personal Injury — Product Liability

**V. ORIGIN**: ■ 2 Removed from State Court

**VI. CAUSE OF ACTION**: 28 U.S.C. §§ 1332, 1441, and 1446. Complete diversity of citizenship and amount in controversy over $75,000

**VII. PREVIOUS BANKRUPTCY MATTERS**: (none)

**VIII. REQUESTED IN COMPLAINT**: ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23; DEMAND $ _____; JURY DEMAND: ☐ Yes ☐ No

**IX.** This case ☐ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____