**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
FEBRUARY 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Sharon Prather v. Sulzer Medica, Ltd., Sulzer Orthopedics, Ltd., Sulzer Orthopedics, Inc., Sulzer Medica, USA | **08 C 765** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Sulzer Medica, Ltd., Sulzer Orthopedics, Ltd., Sulzer Orthopedics, Inc., Sulzer Medica, USA

**JUDGE NORGLE**
**MAGISTRATE JUDGE COX**

| NAME (Type or print) |
|---|
| Kendric M. Cobb |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Kendric M. Cobb |

| FIRM |
|---|
| Reed Smith LLP |

| STREET ADDRESS |
|---|
| 10 S. Wacker Drive |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6282673 | 312.207.1000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐