UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHARON PRATHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 08 C 765 |
| | ) | |
| SULZER MEDICA, LTD., SULZER LTD., | ) | |
| SULZER MEDICA U.S.A., LTD. and | ) | |
| SULZER ORTHOPEDICS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT ZIMMER, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Zimmer, Inc.[1]

("Zimmer"), respectfully submits this Corporate Disclosure Statement.  Zimmer is a wholly

owned subsidiary of Zimmer Holdings, Inc., a publicly held corporation.  No other publicly held

company owns 10% or more of Zimmer stock.

Dated:  February 11, 2008                    Respectfully submitted,


                                             _s/ Kendric M. Cobb_____
                                             Kendric M. Cobb (#6282673)
                                             Grant Y. Lee (#6290026)
                                             Reed Smith, LLP
                                             10 South Wacker Drive
                                             Chicago, IL  60606-7507
                                             Telephone: 312-207-1000
                                             Facsimile: 312-207-6400

                                             ATTORNEYS FOR DEFENDANT ZIMMER,
                                             INC.

---

[1]      Sulzer Orthopedics, Inc., was a subsidiary of Sulzer Medica, Ltd.  On June 1, 2002, Sulzer Medica, Ltd., began operating under the brand name Centerpulse AG.  In October 2003, Zimmer, Inc., acquired Centerpulse AG. Zimmer CEP USA Holding Co. (formerly known as Sulzer Medica USA Holding Co., and incorrectly identified as Sulzer Medica USA, Ltd., in the Complaint), is a wholly owned subsidiary of Zimmer, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this Corporate Disclosure Statement has been served

electronically, on February 11, 2008, upon:

> Thomas J. Popovich
> Law Offices of Thomas J. Popovich
> 3416 West Elm Street
> McHenry, IL 60050

       s/ Kendric M. Cobb           

BDDB01 5120709v1