IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON PRATHER, | ) |
| | ) |
| Plaintiff, | )  No. 08 C 765 |
| | ) |
| vs. | ) |
| | ) |
| SULZER MEDICA, LTD., SULZER LTD, | ) |
| SULZER MEDICA U.S.A., LTD. and | ) |
| SULZER ORTHOPAEDICS, INC. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

TO:  Kendric M. Cobb
     Grant Y. Lee
     Kendric M. Cobb
     Reed Smith, LLP
     10 South Wacker Drive
     Chicago, IL 60606-7507

YOU ARE HEREBY NOTIFIED that on **February 14, 2008**, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **ATTORNEY APPEARANCES,** a copy of which is attached hereto.

## CERTIFICATE OF SERVICE

I certify that I served this Notice by electronic filing a copy to each person to whom it is directed at the address above indicated in McHenry, Illinois on or before 5:00 p.m. on February 14, 2008.

s/Thomas J. Popovich
One of the Attorneys for the Plaintiff

**LAW OFFICES OF THOMAS J. POPOVICH, P.C.**
3416 W. Elm Street
McHenry, IL 60050
815/344-3797

S:\Main\PRATHER, SHARON\Notices\Notice of Filing 2-14-08.wpd