IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON PRATHER, ) | |
| ) | |
| Plaintiff, ) | No. 08 C 765 |
| ) | |
| vs. ) | |
| ) | |
| SULZER MEDICA, LTD., SULZER LTD, ) | |
| SULZER MEDICA U.S.A., LTD. and ) | |
| SULZER ORTHOPAEDICS, INC. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO:  Kendric M. Cobb
     Grant Y. Lee
     Kendric M. Cobb
     Reed Smith, LLP
     10 South Wacker Drive
     Chicago, IL 60606-7507

YOU ARE HEREBY NOTIFIED that on **February 14, 2008**, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **ATTORNEY APPEARANCES,** a copy of which is attached hereto.

## CERTIFICATE OF SERVICE

I certify that I served this Notice by electronic filing a copy to each person to whom it is directed at the address above indicated in McHenry, Illinois on or before 5:00 p.m. on February 14, 2008.

                                                                 s/Thomas J. Popovich
                                                                 One of the Attorneys for the Plaintiff

**LAW OFFICES OF THOMAS J. POPOVICH, P.C.**
3416 W. Elm Street
McHenry, IL 60050
815/344-3797