IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHARON PRATHER,                      )
                                     )
            Plaintiff,               )
                                     )
v.                                   )   CASE NO. 08 C 765
                                     )
SULZER MEDICA, LTD., SULZER LTD.,    )   Judge Charles R. Norgle
SULZER MEDICA U.S.A., LTD. and       )
SULZER ORTHOPEDICS, INC.,            )
                                     )
            Defendants.              )

## PROPOSED DISCOVERY SCHEDULE

Pursuant to the Court's Minute Entry dated July 15, 2008, the parties jointly propose to the Court the following discovery schedule:

1.  The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) by **August 15, 2008**.

2.  All reports from retained experts under Rule 26(a)(2) are due from Plaintiff by **October 10, 2008** and from Defendant by **November 7, 2008.**

3.  The parties do not anticipate the need to conduct discovery in phases or to limit discovery to certain issues. All discovery shall be commenced in time to be completed by **January 9, 2009.**

4.  All motions (other than *motions in limine*) shall be filed by **January 23, 2009.**

5.  The case shall be ready for trial by **June of 2009** and is expected to last approximately seven to ten (7-10) days.

- 2 -

LAW OFFICES OF THOMAS J. POPOVICH

By:_____James Tutaj /s/_____
   James Tutaj
   Law Offices of Thomas J. Popovich
   3416 West Elm Street
   McHenry, IL 60050
   (815) 344-3797
   (815) 344-5280 (fax)

Attorneys for Plaintiff Sharon Prather

BAKER & DANIELS LLP

By:_____Maryanne C. Woo /s/_____
   Andrea Roberts (*Pro Hac Vice*)
   J. Byron Hayes (*Pro Hac Vice*)
   BAKER & DANIELS LLP
   300 North Meridian Street, Suite 2700
   Indianapolis, IN 46204
   (317) 237-1424
   (317) 237-1000 (fax)

Maryanne C. Woo
Grant Y. Lee
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
(312) 207-1000
(312)-207-6400 (fax)

Attorneys for Defendants Sulzer Medica, Ltd., Sulzer Medica U.S.A. Ltd., and Sulzer Orthopedics, Inc.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of this Proposed Discovery Schedule was served via electronic mail, on August 5, 2008, upon:

James Tutaj
Law Offices of Thomas J. Popovich
3416 West Elm Street
McHenry, IL 60050

Andrea Roberts
J. Byron Hayes
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204

    Maryanne C. Woo   /s/
Maryanne C. Woo